UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMORRIE RANDLE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R. GROUNDS,<br><br>　　　　　Respondent. | Case No. CV 14-2611 DSF(JC)<br><br>ORDER (1) ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF MAGISTRATE JUDGE; (2) DENYING PETITIONER'S REQUESTS FOR APPOINTMENT OF COUNSEL; (3) GRANTING PETITIONER'S REQUEST FOR STAY AND DIRECTING PETITIONER TO FILE PERIODIC STATUS REPORTS |

　　The Court has conducted the review required by 28 U.S.C. § 636, accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the September 28, 2018 Superseding Report and Recommendation ("Report and Recommendation"), overrules petitioner's objections to the Report and Recommendation, and hereby Orders:

　　1.　Petitioner's requests for the appointment of counsel are denied without prejudice.

　　2.　Petitioner's Request to Stay the Petition for Writ of Habeas Corpus ("Petition") is granted and the Petition and this action are stayed as described and limited below.

3. The Petition and this action are stayed for petitioner to exhaust only Grounds Three through Five in the Petition, which are currently unexhausted.

4. Petitioner shall file a status report detailing the status of the state court proceedings to exhaust his unexhausted claims beginning thirty (30) days from the date of this Order and every sixty (60) days thereafter. If petitioner has no new information regarding the status of petitioner's efforts to exhaust his state remedies in a given period because a matter remains pending in state court, petitioner is nonetheless ordered to serve and file a status report advising this Court of that fact.

5. Within thirty (30) days of any state decision granting petitioner habeas relief or, if none, within thirty (30) days of the California Supreme Court's decision relative to a state habeas petition containing Grounds Three through Five, petitioner shall file in this Court, a notice of such decision and attaching as an exhibit thereto, a copy of such decision.

**6. The failure to meet any of the time requirements set out above shall result in an order vacating the stay, *nunc pro tunc*, may preclude consideration of the unexhausted claims, and may result in the dismissal of this action for lack of prosecution.**

7. Nothing in this Order precludes respondent from raising procedural or other objections/defenses to the Petition or any claims contained therein.

IT IS SO ORDERED.

DATED: November 15, 2018

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE