JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMORRIE RANDLE, | Case No. 2:14-cv-02611-DSF-JC |
| Petitioner, | |
| v. | JUDGMENT |
| R. GROUNDS, | |
| Respondent. | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: August 27, 2020

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE